UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE LAWRENCE, Derivatively and on Behalf of ITT EDUCATIONAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, DANIEL M. FITZPATRICK, JOHN E. DEAN, JOHN F. COZZI, JAMES D. FOWLER, JR., JOANNA T. LAU, VIN WEBER, and JOHN A. YENA, <br><br> Defendants, <br><br> and <br><br> ITT EDUCATIONAL SERVICES, INC., <br><br> Nominal Defendant. | **Case No. 1:14-cv-2106-TWP-DML** |

**ORDER OF DISMISSAL WITH PREJUDICE**

For the reasons set forth in Plaintiff's Unopposed Motion for Voluntary Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

Each party shall bear its own costs and fees, except as provided in the Final Order and Judgment and the Stipulation and Agreement of Settlement entered in the related shareholder derivative action captioned *Wilfred v. Modany, et al.*, Case No. 13-cv-3110 (S.D.N.Y).

Dated: 05/16/2016

*/s/ Tanya Walton Pratt*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Counsel of record via ECF